ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe, SBN 137019<br>Goe & Forsythe, LLP<br>660 Newport Center Drive #320<br>Newport Beach, CA 92660<br>Telephone: (949) 467-3780<br>Facsimile: (949) 721-0409<br>rgoe@goeforlaw.com<br><br>*Attorney for* Petition Creditors | ENTERED<br>JAN 08 2009<br>CLERK U.S BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk | FILED<br>JAN - 6 2009 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

SUNCAL CENTURY CITY, LLC
EIN 20-4870382

Debtor.

LODGED
DEC 30 2008
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

Movant(s),

vs.

Respondent(s).

CHAPTER 11

CASE NUMBER **8:08-bk-17458-ES**

(No Hearing Required)

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed November 14, 2008 (date) against the above-named debtor, an order fro relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code) is granted.

Dated: 1/6/09

_____
UNITED STATES BANKRUPTCY JUDGE



Order For Relief In An Involuntary Case

| In re:<br>SUNCAL CENTURY CITY, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 8:08-bk-17458-ES |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA

COUNTY OF Orange

I am employed in the above county. I am over the age of 18 and not a party to the within action. My business address is:
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660

On December 24, 2008, I served the foregoing ORDER FOR RELIEF IN AN INVOLUNTARY CASE on the interested parties at their last known address by placing a true and correct copy thereof in a sealed envelope with first-class postage fully prepaid in the United States Mail at Newport Beach, California, addressed as follows:

☒    See Attached List

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 24, 2008

Kerry A. Murphy
Type Name

/s/Kerry A. Murphy
Signature

Order For Relief In An Involuntary Case

| In re: SUNCAL CENTURY CITY, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 8:08-bk-17458-ES |

## SUNCAL CENTURY CITY, LLC
### Case No. 8:08-bk-17458-ES
### Service List

| | | |
|---|---|---|
| **United States Trustee**<br>Michael Hauser, Esq.<br>United States Trustee<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701<br>michael.hauser@usdoj.gov | Bruce Cook, Esq.<br>SunCal Companies<br>2392 Morse Avenue<br>Irvine, CA 92614 | Jeff Fitts<br>LBREP II/SunCal Land Fund Member, LLC<br>745 Seventh Avenue<br>New York, NY 10019 |
| **Counsel to LBREP II/SunCal Land Fund Member, LLC**<br>Nellie P. Camerik, Esq.<br>Weil, Gotshal, et al.<br>767 Fifth Avenue<br>New York, NY 10153<br>nellie.camerik@weil.com | **Request for Special Notice**<br>Alan J. Friedman, Esq.<br>Kerri Lyman, Esq.<br>Irell & Manella, LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660<br>afriedman@irell.com<br>klyman@irell.com | **Counsel to Lehman ALI, Inc.**<br>Gregory D. Hull, Esq.<br>Weil, Gotshal, et al.<br>201 Redwood Shores Pkwy.<br>Redwood Shores, CA 94065-1175<br>greg.hull@weil.com |
| **Counsel to Lehman ALI, Inc.**<br>Michael P. Kessler, Esq.<br>Weil, Gotshal, et al.<br>767 Fifth Avenue<br>New York, NY 10153<br>michael.kessler@weil.com | | |

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re<br>SunCal Century City, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER: 8:08-bk-17458-ES |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

⊃ ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
ORDER FOR RELIEF IN AN INVOLUNTARY CASE

was entered on *(specify date)*:    JAN - 8 2009

I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

JAN - 8 2009

ated:    JAN - 8 2009

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
**Deputy Clerk**

v. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

Order For Relief In An Involuntary Case

| In re: | | CHAPTER 11 |
|---|---|---|
| SUNCAL CENTURY CITY, LLC | Debtor. | CASE NUMBER 8:08-bk-17458-ES |

**SUNCAL CENTURY CITY, LLC**
**Case No. 8:08-bk-17458-ES**
**Service List After Entry of Order**

| **SERVED ELECTRONICALLY** | **SERVED VIA FIRST CLASS MAIL** |
|---|---|
| **United States Trustee**<br>United States Trustee<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701<br>michael.hauser@usdoj.gov | Bruce Cook, Esq.<br>SunCal Companies<br>2392 Morse Avenue<br>Irvine, CA 92614 |
| **Counsel to SunCal Management**<br>Robert P. Goe, Esq.<br>Goe & Forsythe, LLP<br>660 Newport Center Drive #320<br>Newport Beach, CA 92660<br>rgoe@goeforlaw.com<br>kmurphy@goeforlaw.com | Jeff Fitts<br>LBREP II/SunCal Land Fund Member, LLC<br>745 Seventh Avenue<br>New York, NY 10019 |
| **Counsel to SCLV Oak Valley, LLC**<br>Nellie P. Camerik, Esq.<br>Weil, Gotshal, et al.<br>767 Fifth Avenue<br>New York, NY 10153<br>nellie.camerik@weil.com | |
| **Request for Special Notice**<br>Alan J. Friedman, Esq.<br>Kerri Lyman, Esq.<br>Irell & Manella, LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660<br>afriedman@irell.com<br>klyman@irell.com | |
| **Counsel to Lehman ALI, Inc.**<br>Gregory D. Hull, Esq.<br>Weil, Gotshal, et al.<br>201 Redwood Shores Pkwy.<br>Redwood Shores, CA 94065-1175<br>greg.hull@weil.com | |

Order For Relief In An Involuntary Case

| In re:<br>SUNCAL CENTURY CITY, LLC    Debtor. | CHAPTER 11<br>CASE NUMBER 8:08-bk-17458-ES |
|---|---|
| **Counsel to Lehman ALI, Inc.**<br>Michael P. Kessler, Esq.<br>Weil, Gotshal, et al.<br>767 Fifth Avenue<br>New York, NY 10153<br>michael.kessler@weil.com | |